**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 99-10632
Summary Calendar

LAYALE ENTERPRISES, S.A.,

Plaintiff-Appellee,

VERSUS

HMS AVIATION, ET AL.,

Defendants,

and

THE HASHEMITE KINGDOM OF JORDAN,

Intervenor Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Texas
(4:98-CV-671-Y)

December 3, 1999

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:[*]

Voluntary intervenor, Kingdom of Jordan, appeals the district court's decision to remand this matter to state court for lack of subject matter jurisdiction. Pursuant to 28 U.S.C. § 1447(d) (1994), we are without appellate jurisdiction to review the district court's remand order. *See Angelides v. Baylor*

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*College of Medicine,* 117 F.3d 833, 835 (5th Cir. 1997); *see also Smith v. Texas Children's Hosp.*, 172 F.3d 923, 925 (5th Cir. 1999) ("When a remand is ordered under § 1447(c), the remand order is not reviewable, even if a court employs erroneous principles in concluding that it is without jurisdiction under § 1447(c).") (remand order based on lack of subject matter jurisdiction).  For these reasons, we decline to review this matter.

Intervenor defendant's motion to expedite appeal and schedule oral argument is denied as moot.

APPEAL DISMISSED